BENJAMIN HAMOWITZ v. ARA VORTABEDIAN.— Motion for leave to reargue denied. Concur — Breitel, J. P., Rabin, Valente, McNally and Eager, JJ.

CEFERINO GEIGEL v. HARRY LIEFOWITZ.— Motion for leave to appeal as a poor person and for a stay denied in all respects. Concur — McNally, J. P., Stevens, Eager, Steuer and Bastow, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. HERBERT S. SIEGAL, on Behalf of ARNOLD SCHILDHAUS, v. EDWARD DROS, as Warden.— Motion to dismiss appeal denied. Concur — McNally, J. P., Stevens, Eager, Steuer and Bastow, JJ.

ROBERT GOLDING et al. v. HARRY W. GOLDING et al.— Motion for resettlement denied, with $10 costs. Concur — McNally, J. P., Stevens, Eager, Steuer and Bastow, JJ.

MURRAY SCHACHT, as President of the American Automatic Laundry Foundation, et al., v. CITY OF NEW YORK et al.— Motion for a stay and for other relief granted on the terms and conditions contained in the order to show cause, dated June 14, 1961. Concur — Breitel, J. P., Rabin, Valente, McNally and Stevens, JJ.

DAL-TRAN SERVICE COMPANY et al., v. FIFTH AVENUE COACH LINES, INC., et al.— Motion by Fifth Avenue Coach Lines, Inc., and Surface Transit, Inc., for a stay granted, on condition that the appellants procure the record on appeal and appellants' points to be served and filed on or before August 15, 1961, with notice of argument for the September 1961 Term of this court, said appeal to be argued or submitted when reached. Motion by Gray Line Motor Tours, Inc., for a stay granted, on condition that the appellant procures the record on appeal and appellant's points to be served and filed on or before August 15, 1961, with notice of argument for the September 1961 Term of this court, said appeal to be argued or submitted when reached. Motion for leave to file a brief as *amicus curiæ* granted and movant is permitted to file a brief as *amicus curiæ* on or before September 6, 1961. Concur — Breitel, J. P., Rabin, McNally and Stevens, JJ.

# (June 29, 1961)

In the Matter of NATHAN WILLNER.— Motion for an order granting petitioner leave to file his application for admission to the Bar of the State of New York, *de novo,* denied. Concur — Rabin, J. P., McNally, Stevens, Eager and Steuer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. MANUEL OSTOLAZA. (2 Actions.) — Motion for leave to appeal as a poor person granted to the extent and on the terms and conditions contained in the order filed herein. Concur — McNally, J. P., Stevens, Eager, Steuer and Bastow, JJ.